DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN SIBLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN SIBLEY, <br><br> Defendant. | NO. 6:10-mj-00091 MJS <br><br> WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON <br><br> Time: <br> Magistrate Judge: Michael J. Seng |

     Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings and change of plea.

     Mr. Sibley made an initial appearance on 7/15/2010, and a subsequent appearance on 8/10/2010. Mr. Sibley now resides in Portland, Oregon, which is approximately a 13-hour drive from Yosemite National Park. It is a significant financial and personal hardship for Mr. Sibley to be present at court in Yosemite. Mr. Sibley, therefore, respectfully requests permission to enter his change of plea in absentia.

     The government has indicated that it does not oppose this request.

///

///

///

Dated: January 12, 2012                    Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                      By:   /s/ Peggy Sasso
                                                PEGGY SASSO
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Justin Sibley

## **ORDER**

_____**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

                                                  IT IS SO ORDERED.

Dated:   January 13, 2012            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE